UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10798-GAO

HYPERTHERM, INC.,
Plaintiff,

v.

SHENZHEN RIVER TRADING CO., LTD.,
Defendant.

ORDER
October 25, 2012

O'TOOLE, D.J.

This matter has come before the Court on the plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. The Court is satisfied that actual notice has been given to the defendant and observes that no opposition or response has been received. After consideration of all of the papers filed in connection with the plaintiff's Motion, this Court orders that the defendant, its officers, directors, agents, related companies, servants, employees, successors, assigns, and all persons now or hereafter under its control or in active concert or participation with any of the foregoing persons be enjoined from:

1. manufacturing, causing to be manufactured, using, selling, offering for sale, or importing consumable parts covered by U.S. Patent No. 8,115,136 for use with a Hypertherm Duramax plasma torch, including electrodes represented by part number 220842;

2. manufacturing, causing to be manufactured, using, selling, offering for sale, or importing consumable parts covered by U.S. Patent No. 7,989,727 for use with a

      Hypertherm Powermax30 plasma torch, including electrodes represented by part number 220478; and

3. manufacturing, causing to be manufactured, using, selling, offering for sale, or importing consumable parts covered by U.S. Patent No. 6,207,923 for use with a Hypertherm Powermax1000, Powermax1250, Powermax1650, RT60, or RT80 plasma torch, including shields represented by part numbers 120930 and 220047 and nozzles represented by part numbers 120931 and 220011.

The Motion for Preliminary Injunction (dkt. no. 5) is GRANTED. The plaintiff is ordered to post a bond of $10,000.00, pursuant to Federal Rule of Civil Procedure 65(c).

It is SO ORDERED.

                                                /s/ George A. O'Toole, Jr.
                                                United States District Judge